UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-514 |
| | § | |
| JAMES M PARROTT | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) The defendant has been indicted and therefore there is probable cause to believe the defendant committed an offense involving a minor victim under 18 U.S.C. § 2252(a)(2); and,

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard. The defendant does not currently have a suitable place to live if released. The defendant also does not have a person willing to serve as a co-surety or third party custodian. Further, the defendant does not have the financial ability to get back and forth to court if he resides outside of the state of Texas. Therefore, the findings and conclusions contained in

the Pretrial Services Report are adopted.  The defendant may file a motion to re-open the detention hearing if he is able to resolve the issues identified above.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 24th day of June, 2015.

_____
Jason B. Libby
United States Magistrate Judge